UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SIDDIQ RAHMAN MAHFUZUR #A241061846**   **CASE NO. 1:25-CV-00446 SEC P**

**VERSUS**   **JUDGE EDWARDS**

**MELISSA HARPER ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

### MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on April 4, 2025. Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

The plaintiff failed to sign the petition. **Plaintiff must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address:

**Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___11th___ day of ___April___, 2025.

Joseph H. L. Perez-Montes

w/Enclosures to plaintiff: Habeas form-2241 (Signature Page)